Opinion filed June 4, 2026



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00235-CR

_____

**ASHLEY DAWN HAMILTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 16884**

## M E M O R A N D U M   O P I N I O N

A jury convicted Appellant, Ashley Dawn Hamilton, of possession of four grams or more but less than 200 grams of methamphetamine, a second-degree felony. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(d) (West Supp. 2025). The jury assessed Appellant's punishment at imprisonment for twelve years in the Institutional Division of the Texas Department of Criminal Justice, and a $5,000 fine.

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re Schulman*, 252 S.W.3d 403, 406–09 (Tex. Crim. App. 2008). Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of the clerk's record and reporter's record. Counsel also advised Appellant of her right to object to counsel's motion to withdraw, to review the record and file a pro se response to counsel's *Anders* brief, and to file a petition for discretionary review. *See* TEX. R. APP. P. 6.5, 68. As such, court-appointed counsel has complied with the requirements of *Anders*, 386 U.S. at 742–44, *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), *Schulman*, 252 S.W.3d at 409–12, and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record and likewise conclude that the appeal is without merit.[1] *See Anders*, 386 U.S. at 744; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 & n.6 (Tex. Crim. App. 2005). The evidence presented during the guilt/innocence phase of trial established that Appellant was arrested for an outstanding warrant after law enforcement stopped the vehicle that she was driving. During an inventory search of the vehicle, police found 13.38 grams of methamphetamine. Appellant admitted to police that the methamphetamine was hers, and that she used and sold methamphetamine. On this record, we agree with counsel that there are no arguable issues to present on appeal.

---

[1]We note that Appellant has the right to file a petition for discretionary review in the Texas Court of Criminal Appeals pursuant to Rule 68 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the trial court.


JOHN M. BAILEY

CHIEF JUSTICE


June 4, 2026

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.